```
                            United States Bankruptcy Court
                                  District of Colorado

In re:                                                        Case No. 09-29819-HRT
Cody R. Bennett                                               Chapter 7
Carrie D. Bennett
        Debtors                    CERTIFICATE OF NOTICE
District/off: 1082-1          User: helmersl              Page 1 of 2              Date Rcvd: Dec 20, 2013
                              Form ID: pdf904             Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2013.
db/db         +Cody R. Bennett,    Carrie D. Bennett,    3745 Porter Lane,    Johnstown, CO 80534-7485
aty           +Adam Stricker,    333 W. Colfax Ave.,    Ste. 500,    Denver, CO 80204-2637
aty           +Boyd Rolfson,    333 W. Colfax Ave.,    Ste. 200,    Denver, CO 80204-2636
cr            +Capital One, N.A.,     Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                Tucson, AZ 85712-1083
11306447      +Attorney General Re Student Loan,     10th and Constitution Avenue, NW,
                Washington, DC 20530-0001
11306449      #Bank of America,    Post Office Box 15026,    Wilmington, DE 19850-5026
11306448       Bank of America,    FL-9-600-02-26,    Post Office Box 45224,    Jacksonville, FL 32232-5224
11359598      +Bank of America, N.A.,    P. O. Box 26012,    NC4-105-03-14,    Greensboro, NC 27420-6012
11306450       Best Buy - Retail Services,    Post Office Box 15521,    Wilmington, DE 19850-5521
11306451       Buckle - WFNNB,    Bankruptcy Department,    Post Office Box 182125,    Columbus, OH 43218-2125
14466151      +Capital One, N.A.,     Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
                Tucson, AZ 85712-1083
11306452       Chase,   Post Office Box 15298,    Wilmington, DE 19850-5298
11417651      +Chase Bank USA, N.A.,    c/o Creditors Bankruptcy Service,     P.O. Box 740933,
                Dallas, TX 75374-0933
11306453       Chase Home Finance,    Post Office Box 24696,    Columbus, OH 43224-0696
11412134       Chase Home Finance LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
11306454       Citi Cards,    Post Office Box 6000,    The Lakes, NV 89163-6000
11342885       DEPARTMENT STORES NATIONAL BANK/MACYS,     TSYS DEBT MGMT., INC.,    PO BOX 137,
                COLUMBUS, GA 31902-0137
11306457      +Express,    Customer Service,    Post Office Box 182273,    Columbus, OH 43218-2273
11306458       Furniture Row,    PO Box 5893,    Carol Stream, IL 60197-5893
11306459       Gold’s Gym,    ABC Financial Services, Inc.,    Post Office Box 6800,
                North Little Rock, AR 72124-6800
11653299      +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
                Tucson, AZ 85712-1083
11306460      +Home Depot Credit Services,    Post Office Box 790328,    St. Louis, MO 63179-0328
11306462      +Macy’s,    Post Office Box 8066,    Mason, OH 45040-8066
11363018      +Nelnet on behalf of COAC,    College Access Network,    1560 Broadway Suite 1700,
                Denver CO 80202-5159
11306464      +Norbel Credit Union,    1220 Ninth Avenue,    Greeley, CO 80631-4018
11306465      +Office of Education,    Student Loan Program,    50 United Nations Plaza,
                San Francisco, CA 94102-4912
11469038      +PRA Receivables Management, LLC,     As Agent Of Portfolio Recovery Assocs.,    POB 41067,
                NORFOLK VA 23541-1067
11306466       Polaris,    GE MOney Bank,    Post Office Box 530912,    Atlanta, GA 30353-0912
11306467       Sears Gold MasterCard,    Post Office 6282,    Sioux Falls, SD 57117-6282
11324731      +Specialized Loan Servicing, LLC,     8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
11306468       Specialized Loan Servicing, LLC,     Post Office Box 636005,    Littleton, CO 80163-6005
11306469      +The Children’s Place Plan,    PO Box 6497,    Sioux Falls, SD 57117-6497
11306470      +U.S. Attorney, Re Student Loan,    1225 17th Street, Suite 700,     Denver, CO 80202-5598
11306471       Union Plus Visa Platinum,    Post Office Box 80027,    Salinas, CA 93912-0027
11306472      +Wal-Mart c/o,    GE Money Bank - Attn Bankruptcy Dept.,     Post Office Box 103104,
                Roswell, GA 30076-9104
11306473       Wells Fargo Bank, N.A.,    Post Office Box 5169,    Sioux Falls, SD 57117-5169
11306474       Zales Credit Plan,    PO Box 653054,    Dallas, TX 75265-3054
15239279      +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,     3936 E Ft. Lowell, Suite 200,
                Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11306446      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2013 00:03:53      American Eagle - GE Money Bank,
                Attn Bankruptcy Department,    Post Office Box 103104,    Roswell, GA 30076-9104
11613371       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2013 00:00:07       CR Evergreen, LLC,
                MS 550,    PO Box 91121,    Seattle, WA 98111-9221
11306455      +E-mail/PDF: BANKRUPTCY@CUDENVER.COM Dec 21 2013 00:09:46      Credit Union of Denver,
                9305 West Alamda Avenue,    Post Office Box 261502,    Denver, CO 80226-2830
11436048       E-mail/PDF: BANKRUPTCY@CUDENVER.COM Dec 21 2013 00:09:46      Credit Union of Denver,
                9305 West Alameda Avenue,    Post Office Box 261502,    Denver, CO 80226-2830
11321109       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 21 2013 00:03:56       DISCOVER BANK,
                DFS Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
11306456       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 21 2013 00:03:56       Discover Card,
                Post Office Box 30943,    Salt Lake City, UT 84130
13873855      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2013 00:02:32       East Bay Funding, LLC,
                c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
11701271      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2013 00:03:53      GE Consumer Finance,
                For GE Money Bank,    dba POLARIS/GEMB,    PO Box 530912,    Atlanta, GA 30353-0912
11344095       E-mail/PDF: rmscedi@recoverycorp.com Dec 21 2013 00:09:44      GE Money Bank,
                c/o Recovery Management Systems Corp.,     25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11306461       E-mail/Text: bnckohlsnotices@becket-lee.com Dec 20 2013 23:56:25       Kohl’s,
                Post Office Box 3043,    Milwaukee, WI 53201-3043
```

```
District/off: 1082-1          User: helmersl              Page 2 of 2                   Date Rcvd: Dec 20, 2013
                              Form ID: pdf904             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14973919      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2013 00:10:25     Midland Funding LLC,
               by American InfoSource LP as agent,    PO Box 4457,    Houston, TX 77210-4457
11306463      E-mail/Text: electronicbkydocs@nelnet.net Dec 20 2013 23:57:16      Nelnet Loan Services, Inc.,
               Post Office Box 82561,    Lincoln, NE 68501-2561
14936491      E-mail/PDF: rmscedi@recoverycorp.com Dec 21 2013 00:03:54     Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
11618246     +E-mail/PDF: rmscedi@recoverycorp.com Dec 21 2013 00:03:54
               Recovery Management Systems Corporation,    For GE Money Bank,   dba WALMART,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11618248     +E-mail/PDF: rmscedi@recoverycorp.com Dec 21 2013 00:09:45
               Recovery Management Systems Corporation,    For GE Money Bank,   dba AMERICAN EAGLE,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14482398*    +Capital One, N.A,   Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
14973920*     Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
               Houston, TX 77210-4457
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2013                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2013 at the address(es) listed below:

```
              Alexis L. Davidson    on behalf of Creditor    WELLS FARGO BANK, N.A. alewis@dabauerpc.com
              Daniel A. Hepner     dhepner@sww-legal.com, dhepner@ecf.epiqsystems.com
              Jarrod Martin    on behalf of U.S. Trustee    US Trustee Jarrod.Martin@usdoj.gov
              Joseph T. Carroll, Jr.    on behalf of Debtor Carrie D. Bennett josephcarrollattorney@yahoo.com
              Joseph T. Carroll, Jr.    on behalf of Debtor Cody R. Bennett josephcarrollattorney@yahoo.com
              Patti H Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Patti H Bass    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Susan J. Hendrick    on behalf of Creditor    Chase Home Finance LLC Susan@amlawco.com,
               bkcourtmail@amlawco.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Carrie D. Bennett, ) | Case No. 09-29819-HRT |
| SSN: xxx-xx-2639, ) | Chapter 7 |
| Cody R. Bennett, ) | |
| SSN: xxx-xx- 5013, ) | |
| ) | |
| Debtors. ) | |

## ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION
## TO DISMISS DEBTORS' CASE UNDER 11 U.S.C. §707(b)(1)
## AND §707(b)(2) OR, IN THE ALTERNATIVE, UNDER 11 U.S.C. §707(b)(3)

This matter having come before the Court on the United States Trustee's Motion to Dismiss pursuant to 11 U.S.C. §707(b)(1) and §707(b)(2) or (b)(3), proper notice having been given, no objections having been filed, and good cause being shown therefor;

IT IS ORDERED that the above-captioned case be dismissed pursuant to:

\_\_\_\_\_ 11 U.S.C. §707(b)(1) and (b)(2)
\_\_\_\_\_ 11 U.S.C. §707(b)(1) and (b)(3)

Done this  20th   day of  December            , 20 13 .


BY THE COURT:


 s/ Howard R. Tallman
Howard R. Tallman, Chief Judge
United States Bankruptcy Court